[Civ. No. 3570. Second Appellate District, Division Two.—July 21, 1921.]

## J. EDGAR ROSS, Appellant, v. M. D. WITTER et al., Respondents.

[1] PLACE OF TRIAL—PREJUDICE—DENIAL OF MOTION—DISCRETION NOT ABUSED.—Order denying motion for change of place of trial affirmed on the authority of *Ross* v. *Kalin, ante,* p. 616.

APPEAL from an order of the Superior Court of Imperial County denying a motion for change of place of trial. Franklin J. Cole, Judge. Affirmed.

The facts are the same as those stated in the opinion in *Ross* v. *Kalin, ante,* p. 616.

Emmet H. Wilson for Appellant.

C. L. Brown for Respondents.

MYERS, J., *pro tem.*—[1] This case involves the same questions as *Ross* v. *Kalin, ante,* p. 616, [200 Pac. 745], and it was stipulated that the two cases should be heard together. While the affidavits in this case are fewer in number and go less into detail, it is tacitly agreed by the respective counsel in their briefs that the same reasons for and against the granting of the motion obtain in both cases. Therefore, and for the reasons stated in the opinion in *Ross* v. *Kalin,* the order appealed from is affirmed.

Finlayson, P. J., and Works, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on September 19, 1921.

All the Justices concurred, except Shaw, J., who was absent.